# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| RAYMOND SEETOOK, JR.,<br>*Plaintiff*<br>v.<br>SUPERINTENDENT ANGOL,<br>*Defendant* | Civil Action No. 2:24-cv-00003-SLG-KFR |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 is dismissed without prejudice. A certificate of appealability is not being issued by this Court.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

Date: April 1, 2025

**Candice M. Duncan**
Candice M. Duncan
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*